FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 03 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

PATRICK J. CRONIN
LUCINDA S. WHALEY
WINSTON & CASHATT
601 W. Riverside, Ste. 1900
Spokane, Washington 99201
Telephone: (509) 838-6131
Facsimile: (509) 838-1416

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK A. HOLUM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EXTENDICARE HOMES, INC., a corporation; EXTENDICARE HEALTH SERVICES, INC., a corporation, and EXTENDICARE HEALTH FACILITIES, INC., a corporation,<br><br>Defendants. | No. **CV-08-081-EFS**<br><br>DEFENDANTS' NOTICE OF REMOVAL<br><br>(Spokane County Superior Court Case No. 07-02-05435-3) |

Defendants hereby file this Notice of Removal of the above-described action

to the United States District Court for the Eastern District of Washington from the

DEFENDANTS' NOTICE OF REMOVAL
Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

Spokane County Superior Court where the action is now pending as provided by Title 28, U.S. Code Chapter 85 and state:

## I.

Defendants Extendicare Homes, Inc., Extendicare Health Services, Inc. and Extendicare Health Facilities, Inc. are the named defendants in the above-entitled action.

## II.

A civil action was commenced in the Spokane County Superior Court in and for the State of Washington, Cause No. 07-02-05435-3 against defendants and is now pending in that court.  The original Summons and Complaint and Amended Summons and Complaint were served on the Lexis Document Services, Inc. as registered agent for Extendicare Homes, Inc. in the State of Washington, by personal service on February 14, 2008 (copy of original Summons and Complaint attached as Exhibit No. 1; copy of Amended Summons and Complaint attached as Exhibit No. 2).  The original Summons and Complaint and Amended Summons and Complaint were served on the Corporation Service Company as registered agent for Extendicare Health Services, Inc. in the State of Washington, by personal service on February 14, 2008.   The original Summons and Complaint and

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

1
2
3
4

Amended Summons and Complaint were served on the Corporation Service Company as registered agent for Extendicare Health Facilities, Inc. in the State of Washington, by personal service on February 14, 2008.

5

### III.

6
7
8
9
10
11
12
13

The Spokane County Superior Court suit is a civil action to recover damages due to plaintiff's alleged personal injuries which he claims resulted from defendants' negligence, which allegedly included special damages and general damages for pain and suffering.  Plaintiff requested judgment against defendants for such sums that will wholly compensate him for his damages, along with costs and attorneys fees.

14
15

### IV.

16
17
18
19

This action is a civil proceeding of which this court has original jurisdiction pursuant to 28 U.S.C. § 1332, and defendants are now entitled to remove the action to this federal court pursuant to 28 U.S.C. §§ 1441 and 1446, in that:

20
21
22
23
24

     a.     The amount in controversy exceeds the $75,000 minimal jurisdictional amount of the federal court in that plaintiff states claims for general damages, special damages, and costs and attorney fees for personal injuries resulting from his injuries in excess of $75,000.

DEFENDANTS' NOTICE OF REMOVAL
Page 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

While the plaintiff has not yet responded to a request for an amount of damage, the amount exceeds the jurisdictional amount based on the following:

    i.    Plaintiff's counsel, in a discussion with defendants' counsel, indicated plaintiff is seeking damages in excess of $75,000 (<u>see</u> Aff. of Patrick Cronin, ¶ 2);

b.    This action is between citizens of different states;

c.    Plaintiff, as alleged in the complaint, is a citizen of the state of Washington;

d.    Defendants are Delaware corporations and have been incorporated in the state of Delaware with their principal place of business being in Wisconsin.    Accordingly, pursuant to 28 U.S.C. § 1332(c)(1), defendants are not citizens of the state of Washington;

f.    Defendants were served with the Summons and Complaint on February 14, 2008, and this action was removed within 30 days of the receipt of the Summons and Complaint by service;

h.    This action was originally brought in Spokane County Superior Court which is within the district of this federal court.

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

DEFENDANTS' NOTICE OF REMOVAL
Page 4

1

**V.**

2

3      The following documents constitute all of the documents, process, and

4   pleadings which were served upon the defendants in this action:

5          a.    Original Summons, attached hereto as Ex. 1;

6
       b.    Original Complaint, attached hereto as Ex. 1;
7
       c.    Case Assignment Notice and Order, attached hereto as Ex. 3;
8

9          d.    Amended Summons, attached hereto as Ex. 2; and

10          e.    Amended Complaint for Damages, attached hereto as Ex. 2.

11
                              **VI.**
12

13      Defendants will give written notice of the filing of this notice as required by

14   28 U.S.C. §1446(d).

15
       A copy of this Notice will be filed with the Clerk of the Spokane County
16

17   Superior Court as required by 28 U.S.C. §1446(d).

18          WHEREFORE, defendants pray that this court accept this Notice of

19
   Removal and that the above entitled action now pending in the Superior Court of
20

21   Washington, County of Spokane, Cause No. 07205435-3, be removed from the

22

23

24

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

DEFENDANTS' NOTICE OF REMOVAL
Page 5

1  Spokane County Superior Court to the United States District Court for the Eastern

2  District of Washington.

3      DATED this 3rd day of March, 2008.

4

5

6                              s/Patrick J. Cronin, WSBA #28254

7                              s/Lucinda S. Whaley, WSBA #07911

8                              WINSTON & CASHATT

9                              Attorneys for Defendants

10                             601 W. Riverside, Ste. 1900

11                             Spokane, WA 99201
                               (509) 838-6131

12                             Facsimile:  (509) 838-1416
                               Email Add.: pjc@winstoncashatt.com

13

14

15

16

17

18

19

20

21

22

23

24

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

1

## VERIFICATION

2

STATE OF WASHINGTON        )

3                                    : ss.

County of Spokane              )

4

5          PATRICK J. CRONIN, being first duly sworn upon oath, deposes and says:

6          I am the attorney for defendants and I am authorized to and make this

7   verification for and on their behalf for the reason that I have read the above and

    foregoing Notice for Removal and know the contents of it and believe it to be true.

8

9

10                                    _____

                                      PATRICK J. CRONIN

11

          SUBSCRIBED and sworn to before me this 3rd day of March, 2008.

12

13



14                                    _____

                                      Notary Public in and for the State of

15                                    Washington, residing at  Spokane Valley

                                      My commission expires:  8/15/08

16

17

18

19

20

21

22

23

24

DEFENDANTS' NOTICE OF REMOVAL
Page 7

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that on the 3rd day of March, 2008, at Spokane, Washington, the foregoing was caused to be served on the following person(s) in the manner indicated:

| | |
|---|---|
| Marcia M. Meade<br>Dawson & Meade<br>1310 W. Dean Ave.<br>Spokane, WA 99201<br><br>Attorneys for Plaintiff | VIA REGULAR MAIL ☒<br>VIA CERTIFIED MAIL ☐<br>HAND DELIVERED ☐<br>BY FACSIMILE ☒<br>VIA FEDERAL EXPRESS ☐ |

_Beverly R. Briggs_
Beverly R. Briggs

121657

DEFENDANTS' NOTICE OF REMOVAL
Page 8

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131