1  PATRICK J. CRONIN, WSBA No. 28254
2  WINSTON & CASHATT
   1900 Bank of America Financial Center
3  601 W. Riverside Ave.
   Spokane, WA  99201
4  Telephone:  (509) 838-6131

5
   Attorneys for Defendants
6

7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF WASHINGTON

10
   MARK A. HOLUM, an individual,          )
11                                         )
                            Plaintiff,  )  No.   CV-08-081-EFS
12        vs.                              )
                                           )  DEFENDANTS' REPLY LR 56.1 IN
13 EXTENDICARE HOMES, INC., a              )  OPPOSITION TO PLAINTIFF'S
   corporation; EXTENDICARE                )  STATEMENTS OF FACTS
14 HEALTH SERVICES, INC., a                )
   corporation; and EXTENDICARE           )
15                                         )
   HEALTH FACILITIES, INC., a             )
16 corporation,                           )
                                           )
17                                         )
                            Defendants.  )
18

19      The plaintiff's LR 56 Statement of Facts contains multiple inaccuracies and

20 allegations unsupported by the records to which they refer; many of the allegations are

21
   wholly inadmissible under the Rules of Evidence and cannot be considered to create
22
23 an issue of fact to defeat summary judgment.  FRCP 56(e).  Defendants have moved

24 independently to strike the inadmissible portions of the accompanying declarations,

DEFENDANTS' REPLY LR 56.1 IN OPPOSITION
TO PLAINTIFF'S STATEMENTS OF FACTS -- 1

1    and will not duplicate those objections for each statement of fact here; defendants

2    object to the following portions of plaintiff's statement of facts because they are not

3    supported by the portions of the record cited:

4

5        1.    Contrary to plaintiff's fact No. 5, the Declaration of Michelle Rashka

6    cited does not state she "specifically" told The Gardens of Mr. Harris' "assaultive

7    behavior"; she testifies only that she "believes" she told unidentified persons about

8    Mr. Harris' behavior at the group home. (Rashka Decl., ¶13)

9

10       2.    Contrary to plaintiff's Fact No. 12, no evidence of any written notice or

11   warning of Mr. Harris' "uncontrollable" behavior is contained in any

12   contemporaneous medical records provided by plaintiff, nor attached to the supporting

13   declarations cited.

14

15       3.    Contrary to plaintiff's Fact No. 14, Mr. Harris was admitted to Sacred

16   Heart Medical Center the morning of November 29th at 8:30, based on respiratory

17   problems, and returned to The Gardens two hours later; the contemporaneous medical

18   records provided by both plaintiff and defendants do not reflect any record of assaults

19   of staff prior to his short admission at SHMC.  (See, Decl. of Gregg Calvert,

20   Exs. 6-11; Declarations of Sincerie Arnold and Sue Goodrick)

21

22

23

24

DEFENDANTS' REPLY LR 56.1 IN OPPOSITION
TO PLAINTIFF'S STATEMENTS OF FACTS -- 2

LAW OFFICES OF
*Winston & Cashatt*
1900 SEAFIRST FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
(509) 838-6131

1    4.    Contrary to plaintiff's Fact No. 15, Mr. Calvert's testimony that the

2    progress notes show no incidents of violence, or psychotic episodes, are true based on

3    the progress notes attached to his declaration.    Ms. Arnold and Ms. Rashka's

4    testimony that there were "warnings" do not appear in any written or

5    contemporaneous medical records.    (See, Aff. of Gregg Calvert, Exs. 6-11;

6    Declarations of Sincerie Arnold and Sue Goodrick)

7    5.    Contrary to plaintiff's Fact No. 16, plaintiff presents no evidence that

8    Sincerie Arnold's notations in Mr. Harris' records identify that Mr. Harris was a

9    "danger."  In fact, in the same document on which Ms. Arnold relies to support her

10    claim of Mr. Harris' deterioration, she also specifically indicated Mr. Harris had no

11    incidents in the last seven days of verbally abusive or physically abusive behavior

12    (Decl. of Gregg Calvert, Ex. 6).  Nothing in Ex. P-2 to the Declaration of Sincerie

13    Arnold, also cited, identifies danger to staff or residents.

14    6.    Contrary to plaintiff's Fact No. 19, the Declaration of Ms. Goodrick cited

15    does not state that "on multiple occasions, before November 29, 2004 the Director and

16    Administrative Director at The Gardens were told that T.H. was going to hurt

17    someone," and needed to be removed. (See, Decl. or Sue Goodrick, ¶18)

DEFENDANTS' REPLY LR 56.1 IN OPPOSITION
TO PLAINTIFF'S STATEMENTS OF FACTS -- 3



LAW OFFICES OF
*Winston & Cashatt*
1900 SEAFIRST FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
(509) 838-6131

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

7.    Contrary to plaintiff's Fact No. 26, Mr. Harris was not admitted to the Sacred Heart Medical Center on November 29 at 8:30 a.m. for "dangerous and unmanageable behavior". Instead, the records reflect that Mr. Harris was admitted to Sacred Heart Medical Center for increased secretions, treated on a non-urgent basis, and released as stable less than two hours later at 10:30. (Aff. of Gregg, Ex. 11; Decl. of Sincerie Arnold, Ex. P. 5)

8.    Contrary to plaintiff's Fact No. 29, Mr. Harris did not engage in "multiple assaults" on the staff. On November 29th, the contemporaneous medical records establish that his parents restrained him in his bed at 4:40 p.m., and that he kicked a staff member at 6:45 p.m. (Decl. of Sincerie Arnold, Ex. P-3)

9.    Contrary to plaintiff's Fact No. 32, Ms. Goodrick does not testify that it was "certain that T.H. would become violent and would in fact assault other people." Ms. Goodrick instead testifies in her declaration that it was "reasonable to conclude," that he was going to hurt himself, other residents or staff. (Decl. of Sue Goodrick, ¶19)

10.    Contrary to plaintiff's Fact No. 33, changes were made to Mr. Harris' care once his physician was contacted; his doctor ordered medication and the entry in his chart after the first noted assault on November 29th indicated he was "resting

DEFENDANTS' REPLY LR 56.1 IN OPPOSITION
TO PLAINTIFF'S STATEMENTS OF FACTS -- 4

LAW OFFICES OF
*Winston & Cashatt*
1900 SEAFIRST FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
(509) 838-6131

1    quietly," had "marked ↓ of mucous" and "↓ level of agitation."    (Aff. of Gregg

2    Calvert, Ex. 11)

3            DATED this 27th day of January, 2009.

4

5                                s/Patrick J. Cronin, WSBA No. 28254

6                                WINSTON & CASHATT
                                 Attorneys for Defendants
7                                601 W. Riverside, Ste. 1900
                                 Spokane, WA 99201
8                                (509) 838-6131
                                 Facsimile:  (509) 838-1416
9                                E-mail Address:  pjc@winstoncashatt.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEFENDANTS' REPLY LR 56.1 IN OPPOSITION
TO PLAINTIFF'S STATEMENTS OF FACTS -- 5



LAW OFFICES OF
Winston & Cashatt
1900 SEAFIRST FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
(509) 838-6131

1        I hereby certify that on January 27, 2009, I electronically filed the foregoing

2    with the Clerk of the Court using the CM/ECF System which will send notification of

3    such filing to the following:

4

5    Marcia M. Meade
     Dawson & Meade

6    m@d-mlaw.com

7    Robert F. Greer, II

8    rfgreer@fggzlaw.com

9    Attorneys for Plaintiff

10

11

12                        s/Patrick J. Cronin, WSBA No. 28254
                          WINSTON & CASHATT

13                        Attorneys for Defendants
                          601 W. Riverside, Ste. 1900

14                        Spokane, WA 99201
                          (509) 838-6131

15                        Facsimile:  (509) 838-1416
                          E-mail Address:  pjc@winstoncashatt.com

16

17

18    144566

19

20

21

22

23

24

LAW OFFICES OF
*Winston & Cashatt*
1900 SEAFIRST FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
(509) 838-6131