1  PATRICK J. CRONIN, WSBA No. 28254
2  WINSTON & CASHATT
   1900 Bank of America Financial Center
3  601 W. Riverside Ave.
   Spokane, WA 99201
4  Telephone: (509) 838-6131
5
   Attorneys for Defendants
6
7
8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
9
10 MARK A. HOLUM, an individual,  )
                                  )
11                    Plaintiff,  )
                                  )
12     vs.                        ) No. CV-08-081-EFS
                                  )
13 EXTENDICARE HOMES, INC., a     ) DEFENDANTS' MOTION TO STRIKE
   corporation; EXTENDICARE       ) PORTIONS OF THE DECLARATION
14 HEALTH SERVICES, INC., a       ) OF MARK HOLUM
   corporation; and EXTENDICARE   )
15 HEALTH FACILITIES, INC., a     )
   corporation,                   )
16                                )
17                    Defendants. )

18 **1.    Relief Requested.**
19
20     The defendants request that the following portions of Mark Holum's
21 Declaration submitted in opposition to motion for summary judgment be stricken, and
22 not considered in response to defendants' summary judgment.
23
24

DEFENDANTS' MOTION TO STRIKE
PORTIONS OF THE DECLARATION OF MARK
HOLUM -- 1

LAW OFFICES OF
Winston & Cashatt
1900 SEAFIRST FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
(509) 838-6131

## 2. Basis for Motion.

A party opposing summary judgment must present admissible evidence to defeat the motion; opposing affidavits must be based on personal knowledge, set out facts admissible in evidence, and show that the affiant is competent to testify to the matters stated. FRCP 56(c). To offer an expert opinion, the witness must be qualified as an expert by knowledge, skill, experience, training or education. FRE 702. A nurse or caregiver is not qualified to render medical diagnoses.

Testimony which is irrelevant is inadmissible, as are conclusions of law or speculative or conclusory statutes. FRE 402; Soremekum v. Thrifty Payless, Inc., 509 F.3d 978 (9th Cir. 2007). Testimony that contains out of court assertions that are meant to prove the truth of the matter asserted are also inadmissible. FRE 802. Moreover, testimony that is directly contradictory to contemporaneous medical records cannot create an issue of fact for trial. Chima v. Obedoza, 72 Fed. Appx. 577, 2003 WL 21771927 (9th Cir. 2003).

The portions of Mr. Holum's testimony contained in his Declaration which should be stricken based on the above law are outlined below.

DEFENDANTS' MOTION TO STRIKE
PORTIONS OF THE DECLARATION OF MARK
HOLUM -- 2

LAW OFFICES OF
Winston & Cashatt
1900 SEAFIRST FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
(509) 838-6131

**3. Portions of the Declaration to be stricken:**

Paragraph 10

<u>Lack of personal knowledge, lack of foundation, lack of qualification to render expert opinion, conclusory, speculative.</u>

Mr. Holum's speculative conclusions on what type of care The Gardens can give based on medical diagnoses, and the type of training others at The Gardens may have had lacks any foundation, or qualifications necessary to render an expert opinion.

Paragraph 14

<u>Relevance, speculative.</u>

Mr. Holum's speculation on events that did not occur are irrelevant and inadmissible.

Paragraph 17

<u>Lack of foundation, lack of qualifications to render expert opinion.</u>

Mr. Holum fails to identify any foundation he has for testifying on federal laws, fails to identify the federal laws, and fails to identify any expertise necessary to render an expert legal opinion.

///

///

///

///

DEFENDANTS' MOTION TO STRIKE
PORTIONS OF THE DECLARATION OF MARK
HOLUM -- 3

LAW OFFICES OF
Winston & Cashatt
1900 SEAFIRST FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
(509) 838-6131

Case 2:08-cv-00081-EFS   Document 40   Filed 01/27/09

**4. Conclusion.**

Fore the foregoing reasons, plaintiff requests that the court strike the portions of Mr. Holum's Declaration.

DATED this 27th day of January, 2009.

        <u>s/Patrick J. Cronin, WSBA No. 28254</u>
        WINSTON & CASHATT
        Attorneys for Defendants
        601 W. Riverside, Ste. 1900
        Spokane, WA 99201
        (509) 838-6131
        Facsimile: (509) 838-1416
        E-mail Address: pjc@winstoncashatt.com

DEFENDANTS' MOTION TO STRIKE PORTIONS OF THE DECLARATION OF MARK HOLUM -- 4



LAW OFFICES OF
Winston & Cashatt
1900 SEAFIRST FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
(509) 838-6131

I hereby certify that on January 27, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Marcia M. Meade
Dawson & Meade
m@d-mlaw.com

Robert F. Greer, II
rfgreer@fggzlaw.com

Attorney for Plaintiff Mark A. Holum

> s/Patrick J. Cronin, WSBA No. 28254
> WINSTON & CASHATT
> Attorneys for Defendants
> 601 W. Riverside, Ste. 1900
> Spokane, WA 99201
> (509) 838-6131
> Facsimile: (509) 838-1416
> E-mail Address: pjc@winstoncashatt.com

144633

DEFENDANTS' MOTION TO STRIKE
PORTIONS OF THE DECLARATION OF MARK
HOLUM -- 5

LAW OFFICES OF
Winston & Cashatt
1900 SEAFIRST FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
(509) 838-6131