AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MARK A. HOLUM,

  Plaintiff,

v.

EXTENDICARE HOMES, INC., EXTENDICARE
HEALTH SERVICES, INC., and EXTENDICARE
HEALTH FACILITIES, INC.,

  Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-0081-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to the Order Entering Court's Rulings from February 25, 2009 Hearing, Ct. Rec. 57.

March 6, 2009
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
  s/ Cora Vargas
_____
*(By) Deputy Clerk*
  Cora Vargas
_____